IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3060 |
| vs. | |
| | **ORDER** |
| BRIAN TITMAN and MADISON ARLEDGE, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (Filing No. 120) Counts I, II, and III of the Superseding Indictment (Filing No. 117) as charged against Brian Titman and Madison Arledge.

**IT IS ORDERED:**

1. The plaintiff's Motion to Dismiss (Filing No. 120) is granted.
2. Counts I, II, and III of the Superseding Indictment as to Brian Titman and Madison Arledge only are dismissed with prejudice.

Dated this 22nd day of May, 2025.

BY THE COURT:

_Susan M Bazis_

Susan M. Bazis
United States District Judge